**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Luicana Edwards | : | CASE NO: 09-30415-SDB |
| | : | |
| **Debtor(s)** | : | |

## MOTION ALLOWING LATE CLAIM

COMES NOW, the Debtor(s) by and through her attorney and files this her Motion and shows the Court as follows:

1. The debtor(s) filed her petition for relief under the Chapter 13 Bankruptcy on July 21, 2009 and included in the Chapter 13, a debt owed to LYDIA CLADEK, INC.

2. Debtor(s) acknowledges the debt to LYDIA CLADEK, INC is a secured claim and hereby states that the debt should be included in their Chapter 13 Plan.

WHEREFORE, debtor(s) pray:

A. That this Motion be allowed;

B. That said debt, in the amount of $ 5,990.00 owed to LYDIA CLADEK, INC, be classified as secured at 6.25% and included in their Chapter 13 Plan.

C. Such other and further relief as this Court may deem equitable and just.

Respectfully Submitted,

/s/ LUMAN C. EALRE
LUMAN C. EARLE

Prepared and Submitted by:
Luman C. Earle, Attorney for Debtor
1101 E. Hillcrest Parkway
Dublin, Ga. 31021
478-275-1518 Fax 478-272-3232
State Bar No: 237150

# CERTIFICATE OF SERVICE

I hereby certify that the following parties have been served with the **Motion Allowing Late Claim of Capital Asset Recovery**. Those not served by electronic means by the court's electronic filing system have been served as follows:

| | | |
|---|---|---|
| United States Bankruptcy Court | Huon Le | Lydia Cladek, Inc. |
| Office of the Clerk | Chapter 13 Trustee | Customer Service Dept. |
| P.O. Box 1487 | P.O. Box 2017 | Post Office Box 550152 |
| Augusta, Ga. 30903 | Augusta, Ga. 30903 | Tampa, FL 33655 |

Luicana Edwards
2671 North Columbia Street
Apt. 501
Milledgeville, GA 31051

Signed this 7th day of October 2011

/s/ LUMAN C. EARLE
Luman C. Earle

Prepared and Submitted by:
Luman C. Earle
Attorney for Debtor
1101 E. Hillcrest Parkway
Dublin, Ga. 31021
478-275-1518 Fax 478-272-3232
State Bar No: 237150